UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **11-CR-20483-SCOLA**

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

ANDRES VARGAS,

    *Defendant*.

_____/

## DEFENDANT ANDRES VARGAS' UNOPPOSED MOTION TO ACCEPT NEBBIA STIPULATION AND TO ORDER DEFENDANT'S RELEASE

Defendant, ANDRES VARGAS, through counsel, files this Unopposed Motion to Accept nebbia Stipulation and to Order Defendant's Release, and in support thereof states the following:

1. On January 31, 2012, ANDRES VARGAS along with eight other individuals was charged by a superceding indictment with conspiracy to commit bank and wire fraud and bank fraud.

2. On February 2, 2012, the Defendant was arrested.

3. On February 2, 2012, Defendant made his first appearance before Magistrate Judge Ted E. Bandstra. At that time, Judge Bandstra set

bond as follows (See D.E. #431): surrender all passports and travel documents to the Pretrial Services office; report to Pretrial Services as directed; avoid all contact with victims, witnesses or co-defendants to the crimes charged; not visit commercial transportation establishments, such as airports, seaports, marinas, etc.; limit travel to the Southern District of Florida; no employment in real estate; post a $200,000.00 10% bond with a *nebbia*.

4. On February 10, 2012, counsel was appointed for the Defendant pursuant to the Criminal Justice Act.

5. On February 14, 2012, Defendant entered a plea of not guilty at his arraignment. At that time, it was determined that the Defendant is unable to make the $200,000.00 10% bond.

6. On February 20, 2012, Defendant sought to have the bond reduced to a $50,000.00 10% bond with a *nebbia* (D.E. #482) before Judge Scola. Defendant's motion was denied (D.E. #486). Judge Scola left intact the original bond.

7. Since that time, Defendant's family has secured the funds.

8. Defendant's father, named Andres M. Vargas, has furnished the Government bank records from JPMorgan Chase Bank indicating a balance during the last three months of $4,500.00 to $4,900.00. The father also is

employed and has furnished pay stubs reflecting a net pay in the amount of $518.00.

9. Further, Defendant's mother, Sandra Baez, has furnished the Government bank records from BanReservas, a banking institution in the Dominican Republic, indicating a personal loan against her monthly pension in excess of $16,000.00.

10. Defendant is 39 years of age and was born in 1972 in the Dominican Republic. Defendant entered the United States in 1989 and became a naturalized United States citizen in June 1996. Thus, Defendant and his wife are both United States citizens. Defendant has a valid passport which will be surrendered to Pretrial Services.

11. The Court set a bond which requires money to be paid which Defendant's family only recently acquired. This case is currently set for trial in September 2012.

12. It is respectfully requested the Court set this matter to approve the nebbia at the Court's earliest convenience as Defendant has been jailed for two months. Also, Defendant will present the Court with the necessary documentation as well as for the AUSA Sean McLaughlin to assert his position that the nebbia requirement has been satisfied.

WHEREFORE, Defendant respectfully moves the Court to ratify the nebbia and order the Defendant's release.

SCOTT W. SAKIN, P.A.
1411 N.W. North River Drive
Miami, Florida 33125-2601
Tel. (305) 545-0007 / Fax. (305) 325-0331


By: ___/s___SWS_____
    SCOTT W. SAKIN, ESQ.
    Fla. Bar No. 349089

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Accept Nebbia Stipulation and to Order Defendant's Release was filed electronically with the Clerk of the Court through the CM/ECF system and copies of same distributed to all counsel of record and known interested parties on this 30th day of March, 2012.

By: ___/s___SWS_____
SCOTT W. SAKIN, ESQ.
Fla. Bar No. 349089